UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ANTHONY SMITH, | No. 2:17-cv-0899 AC P |
| Petitioner, | |
| v. | ORDER |
| J. SULLIVAN, | |
| Respondent. | |

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 28, 2017, his petition was transferred to this district from the Northern District of California. ECF No. 7. Petitioner has not, however, submitted either the five dollar filing fee or an application to proceed in forma pauperis.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner must submit either the filing fee or a completed application to proceed in forma pauperis within thirty days of this order's entry.

2. The Clerk of the Court is directed to send petitioner an application to proceed in forma pauperis by a prisoner form.

DATED: June 28, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE